| | |
|---|---|
| Yenis V. Argueta Guevara<br>**ROPES & GRAY LLP**<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Tel: (212) 596-9000<br>Fax: (212) 596-9090<br>Yenis.ArguetaGuevara@ropesgray.com<br>*Attorney for Nominal Defendant*<br>*Additional Counsel on Signature Page* | Laurence M. Rosen<br>**THE ROSEN LAW FIRM, P.A.**<br>One Gateway Center, Suite 2600<br>Newark, NJ 07102<br>Tel: (973) 313-1887<br>Fax: (973) 833-0399<br>lrosen@rosenlegal.com<br>*Attorney for Plaintiff* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SAURO LIBERATORE, *derivatively on behalf of* PROVENTION BIO, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>ASHLEIGH PALMER, ANDREW DRECHSLER, JEFFREY BLUESTONE, AVERY CATLIN, SEAN DOHERTY, JOHN JENKINS, WAYNE PISANO, and NANCY WYSENSKI,<br><br>   Defendants,<br><br>   and<br><br>PROVENTION BIO, INC.,<br><br>   Nominal Defendant. | No. 3:21-cv-14636-MAS-TJB<br><br>Hon. Michael A. Shipp<br>Hon. Tonianne J. Bongiovanni<br><br>**JOINT STIPULATION AND ORDER TEMPORARILY EXTENDING TIME FOR PROVENTION BIO, INC. TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT** |

Plaintiff Sauro Liberatore ("Plaintiff") and Nominal Defendant Provention Bio, Inc. ("Provention"), by and through their undersigned counsel, hereby jointly submit this stipulation to temporarily extend the time for Provention to answer, move, or otherwise respond to the Complaint (the "Stipulation"), and in support thereof state as follows:

WHEREAS, on August 5, 2021, Plaintiff filed a Verified Shareholder Derivative Complaint (the "Complaint") on behalf of Provention against individual defendants Ashleigh Palmer, Andrew Drechsler, Jeffrey Bluestone, Avery Catlin, Sean Doherty, John Jenkins, Wayne Pisano, and Nancy Wysenski (collectively with Provention, "Defendants"), seeking to remedy alleged violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act") (15 U.S.C. § 78n(a)(1)), breaches of fiduciary duties and other wrongful conduct, and for contribution pursuant to Section 10(b) (15 U.S.C. § 78j(b)) and Section 21D of the Exchange Act (15 U.S.C. § 78u-4(f)) (the "Action");

WHEREAS, on August 6, 2021, Plaintiff served the Complaint in the Action on Provention through personal service on Provention's registered agent in Delaware;

WHEREAS, Plaintiff and Defendants are currently undertaking good-faith negotiations to propose a schedule to the Court; and

WHEREAS, Plaintiff and Provention agree that an extension until September 22, 2021 for Provention to answer, move, or otherwise respond to the Complaint will facilitate finalizing those negotiations.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by Plaintiff and Provention, through their undersigned counsel, subject to the approval of the Court, as follows:

1. Provention need not answer, move, or otherwise respond to the Complaint filed in the Action before September 22, 2021.

2. Plaintiff and Provention respectfully request that the Court enter an Order to this effect.

IT IS SO STIPULATED.

So Ordered this 26th day of August, 2021.

_[signature]_